# Racism

**me** Apr 9
to chance

With the most recent incident I find it pertinent to share what can happen when an organization doesn't confront racism. I'd like to talk to you in person about the ongoing racism that non-Caucasian guests are brutalized with when entering the club. The below article is an example of how not dealing with the issue can negatively affect an organization. It only takes one incident to go viral to completely destroy everything everyone has worked so hard for.

https://www.google.com/amp/s/www.nbcnews.com/news/amp/ncna1072091

Reply | Forward