**Kody Hook**
a month ago on G Google

1/5

Racist owner do not recommend anyone staying me and my girlfriend stepped in to use a restroom and the desk lady allowed us real quick mine you I am biracial and my girlfriend is African after my girlfriend went into the bathroom I waited outside the owner of the hotel went to the desk lady and decided to completely call her self out saying street rats are not allowed in to use the bathroom and she didn't realize that I was standing at a safe enough distance away to hear her and I told that was completely wrong and classifying racism and she didn't seem to care at all

**Trip type**   Friends

**Rooms**  1.0     **Service**  1.0     **Location**  1.0

---

**Response from the owner**
a month ago

Hi Kody,

We are not sure why you felt the need to leave a bad review and a false description of events, and we take your accusations very seriously. We have talked with our team extensively and we have no record of you setting foot in our establishment and no one has experienced these events as you have described them. Also, the owner has been out of town at another property, so it's not possible for you to have spoken with them. If you have a legitimate complaint, please call us.