Dear Chance,

When I initially spoke with you three or so months ago regarding the discriminatory practices I had recurringly observed by the front desk supervisor upon minority guests entering The Detroit Club lobby, I had confidence and expectation that the situation would be addressed and further incidents would be curtailed.

When I spoke to you three to four weeks ago about another incident of minority guests being dehumanized, denigrated, and violated by the front desk supervisor I was optimistic that management saw value in addressing the unrelenting prejudice and discrimination minority guests systematically endured when entering the club. When management did not issue a clarifying declaration that all prejudice and discrimination was forbidden and the front desk supervisor was not held accountable, further condoning such mistreatment, it put the owner's disposition on the topic into question.

Since we last spoke about this disturbing, unethical, and immoral abuse of minority guests there have been more than five new incidents leaving a vast trail and pattern of hate bestowed upon guests at the entrance to the club with the most recent event occurring this past Saturday night resulting in the victim leaving a detailed account of the incident in an online Google review. The Saturday night incident unfolded between the club owner and the victim which revealed the values and immorality of the club owner, which had been in question. The fact that the owner reaps financial gain from minority club members' revenue and minority employees labor while maintaining a mentality of hate-based superiority is repulsive, reprehensible, and unacceptable.

The righteous, stubborn, and deplorable mentality of those perpetuating prejudice, discrimination, and hate sought not to self-evaluate and heal such internal, maladjusted behavioral defects they moved to embolden and empower the infected and diseased culture by firing an employee, in good standing, who modeled equality, fairness and morality.

As discussed in our previous meetings, I have been a victim of marginalization, denigration, and prejudice all my life. I know first-hand how it feels to be discriminated against, made to feel less than, and to be the recipient of hate-based victimization and the resulting lifelong trauma.

It has been demonstrated that my conversations highlighting the infected and diseased culture of prejudice, discrimination, and hate at the club, with management, has done nothing to initiate a solutions-based strategy that incorporates and instills equality-based, discrimination-free, business practices, employee protocols, and guest experiences that honor the dignity, respect, and humanity of every individual. I previously stated that I cannot and will not be a part of an organization that harbors and condones the despicable values and treatment of minorities that I have borne witness to. While I had hoped the organization would rise above such immoral, reprehensible, and illegal practices, the ongoing incidents are occurring more often and with increasing severity to the victims. As such, I hereby submit my immediate resignation from the organization.

In honor of just treatment for ALL,

*Charles Lisée*