Tue, Apr 26, 1:03 AM

Charles, I am going to destroy you. You have no idea what you started. By this time next year you will be fucking homeless.
I guess you won't get any sleep tonight either. You should call your girlfriend Victoria and chat with her before I put her behind bars. All of your righteousness would pay off it was if it were truly righteous ;?but you are a liar you are insane and you are going to pay for the attempt of defaming my business with a two bit con artist lake Victoria and Cody FYI the first thing to go will be a real estate license.
I have affidavits from several people claiming that you are the racist. As you have noticed none of our employees responded to your disgusting,!despicable and abominable ridiculous joke of a letter that you sent. Maybe you need a good stiff drink or perhaps a Xanax or something else that will ease your pain and let you sleep tonight. Because I am going to keep you awake for the next fucking year. You really aligned yourself with pong crazy bitch Victoria

Put your seatbelt on Gladys

Tue, Apr 26, 10:57 AM

Tell You're a little friend Victoria to tell Kody to remove that post off Google ASAP

He is on probation for child abuse; nice people you're friends with. The investigator from the insurance fraud department will be in touch with all of you in the next few days. and the police from the hate crimes division.
I can't believe the stupidity that you thought you could do this ???ridiculous

There's somebody checking Google every hour on the hour to see when the post is down you might want to text me when it's down

Wed, Apr 27, 5:06 PM

If you unblocked me; I think we need to talk