UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Maria Victoria Ferrer, et al

                Plaintiff(s),              Case No. 22-cv-11427

v.                                              Linda V. Parker

Detroit Club Management Corp d/b/a The Detroit Club, et al

                Kimberly G. Altman

                Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Detroit Club Management Corp d/b/a The Detroit Club

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: August 25, 2022            /s/Matthew T. Wise

                                      Matthew T. Wise, Gordon Rees Scully Mansukhani
                                      37000 Woodward Ave., Ste 225
                                      Bloomfield Hills, MI 48304
                                      (313) 426-9815
                                      mwise@grsm.com
                                      P76794