UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**VICTORIA BAUGH (AKA
MARIA VICTORIA FERRER),
CHARLES LISÉE,** and
**MIYA SHANI HOOKS,**

        Plaintiffs,

vs.

**DETROIT CLUB MANAGEMENT
CORP** d/b/a **THE DETROIT CLUB,
SUZETTE DAYE**, and **LYNN KASSOTIS
(AKA LYNN URALLI),**
jointly and severally,

        Defendants.

Case No. 22-cv-11427

Hon. Linda V. Parker
Magistrate Judge Kimberly G. Altman

_____/

| | |
|---|---|
| Jack W. Schulz (P78078) | Gregory M. Meihn (P38939) |
| Schulz Law PLC | Jason B. Brown (P79226) |
| 645 Griswold St. Suite 4100 | GORDON REES SCULLY |
| Detroit, MI 48226 | MANSUKHANI |
| (313) 788-7446 | Attorneys for Defendants |
| jack@michiganworkerlaw.com | 37000 Woodward Avenue, Suite 225 |
| *Attorney for Plaintiffs* | Bloomfield Hills, MI 48304 |
| | (313) 426-9815 \| Fax: (313) 406-7373 |
| Herbert A. Sanderes (P43031) | gmeihn@grsm.com |
| The Sanders Law Firm PC | jbbrown@grsm.com |
| 4031 Santa Clara St. | |
| Detroit, MI 48221 | Wright W. Blake (P37259) |
| (313) 798-6356 | 155 W. Congress St., Suite 410 |
| herbert@sandersforjustice.com | Telegraph Building Detroit, MI 48226 |
| Attorney for Plaintiffs | (313) 964-2080 |
| | bwrightlaw@yahoo.com |
| | Attorneys for Defendants |

_____/

## ORDER WITHDRAWING COUNSEL

This matter is before the Court upon the request of Attorney Amanda M. Ghannam of AMG Legal PLLC to withdraw her appearance on behalf of Plaintiffs Maria Victoria Ferrer, Charles Lisee, and Miya Shani Hooks because Attorneys Ghannam and Schulz no longer work at the same firm.

Plaintiffs are still represented by Jack Schulz of Schulz Law PLC and Herbert Sanders of The Sanders Law Firm PC.

Therefore, it is hereby ordered that Attorney Amanda M. Ghannam's appearance on behalf of Plaintiffs in this matter is withdrawn.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 4, 2026

Respectfully submitted,

*By: /s/ Amanda M. Ghannam*

Amanda M. Ghannam
AMG Legal PLLC
3200 Greenfield Rd., Suite 300
Dearborn, MI 48120
(313) 315-5327
amanda@amglegalcounsel.com

Dated: June 3, 2026