UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


VICTORIA BAUGH, et al.,

        Plaintiff,                  Case No. 22-11427

vs.                                HON. LINDA V. PARKER

DETROIT CLUB MANAGEMENT CORPORATION, et al.,

        Defendant.

_____/

## **ORDER FOR LUNCHEON FOR JURORS**

IT IS ORDERED that the eight (8) jurors in the above case, be furnished

their luncheon at the expense of the United States District Court.

                                  s/ Linda V. Parker
                                  LINDA V. PARKER
                                  UNITED STATES DISTRICT JUDGE


Dated: June 25, 2026