For purposes of a hostile work environment claim, you may consider similar acts of harassment of which a plaintiff becomes aware during the course of his or her employment, even if the harassing acts were directed at others or occurred outside of the plaintiff's presence.

6/25/26

22-11427

Hostile Work environment          2:00 pm

Does the plantiff have to be aware of the hostility to be subjected to it?

**s/Jury Foreperson**

We have reached a verdict

s/Jury Foreperson

3:10 pm  6/25/26
22-11247