UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLESS LISÉE,

    Plaintiff,

                 Case No. 22-cv-11427
v.               Honorable Linda V. Parker

DETROIT CLUB MANAGEMENT
CORP., d/b/a The Detroit Club,
SUZETTE DAYE, and
LYNN URALLI, née Kassotis,

            /

## VERDICT FORM AS TO PLAINTIFF CHARLES LISÉE

We, the jury, unanimously answer the questions submitted as follows:

**I.**  **DAMAGES**:

  **A.**  **The Detroit Club**- Assuming this Defendant's liability for retaliating against Mr. Lisée, what amount of damages, if any, do you award in favor of Mr. Lisée:

  **Non-pecuniary damages (defined as mental and emotional pain and suffering, inconvenience, anxiety, mental anguish, humiliation, and/or loss of enjoyment of life):**

  $ _100,000.00_ (stating the amount or, if you find that the damages do not have a monetary value, write in the nominal amount of one dollar [$1.00])

  **Punitive damages:**

  $ _335,000.00_

  **B.**  **Lynn Uralli**- Assuming this Defendant's liability for retaliating against Mr. Lisée, what amount of damages, if any, do you award in favor of Mr. Lisée:

  **Non-pecuniary damages (defined as mental and emotional pain and suffering, inconvenience, anxiety, mental anguish, humiliation, and/or loss of enjoyment of life):**

  $ _500,000.00_ (stating the amount or, if you find that the damages do not have a monetary value, write in the nominal amount of one dollar [$1.00])

**(Cont'd)**

**Punitive damages:**

$ 750,000.00

## PLEASE HAVE THE JURY PERSON SIGN AND DATE THIS FORM

s/Jury Foreperson
In compliance with the Privacy Policy adopted by
the Judicial Conference, the verdict form with
the original signature has been filed under seal.

6/25/26

Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIYA SHANI HOOKS,

        Plaintiff,

                                     Case No. 22-cv-11427
v.                                  Honorable Linda V. Parker

DETROIT CLUB MANAGEMENT
CORP., d/b/a The Detroit Club,
SUZETTE DAYE, and
LYNN URALLI, née Kassotis,

_____/

### VERDICT FORM AS TO PLAINTIFF MIYA SHANI HOOKS

We, the jury, unanimously answer the questions submitted as follows:

## I.    LIABILITY

### A.    Hostile Work Environment

1.    Do you find, by a preponderance of the evidence, that the Defendant listed below subjected Ms. Hooks to a hostile work environment based on race?

a)    The Detroit Club    ☒ Yes    ☐ No

b)    Lynn Uralli    ☒ Yes    ☐ No

### B.    Discrimination Based on Race

1.    Do you find, by a preponderance of the evidence that race was a motive or reason for the below listed Defendant to terminate Ms. Hooks?

a)    The Detroit Club    ☒ Yes    ☐ No

b)    Lynn Uralli    ☒ Yes    ☐ No

**(Cont'd)**

1

**C.**     **Retaliation**

1.     Do you find by a preponderance of the evidence that the Defendant listed below retaliated against Ms. Hooks for engaging in protected activity in violation of Title VII or § 1981?

     a)     The Detroit Club     ☒ Yes          ☐ No

     b)     Lynn Uralli     ☒ Yes          ☐ No

2.     Do you find by a preponderance of the evidence that the Defendant listed below retaliated against Ms. Hooks for engaging in protected activity in violation of Michigan's Elliott-Larsen Civil Rights Act?

     a)     The Detroit Club     ☒ Yes          ☐ No

     b)     Lynn Uralli     ☒ Yes          ☐ No

**IF YOU ANSWERED YES TO ANY OF THE QUESTIONS ABOVE, PROCEED TO SECTION II (DAMAGES).  IF YOU ANSWERED NO TO ALL QUESTIONS ABOVE, PLEASE HAVE THE JURY FOREPERSON SIGN AND DATE THE JURY FORM**

**II.     DAMAGES**

    **A.     The Detroit Club** - If you answered "Yes" as to any question in Section I as to this Defendant, what amount of damages, if any, do you award in favor of Ms. Hooks:

**Lost wages and benefits through the date of this verdict:**

$ _7,490.08_     (stating the amount or, if none, write "none")

**Other damages (including mental and emotional pain and suffering, inconvenience, anxiety, mental anguish, humiliation, and/or loss of enjoyment of life):**

$ _200,000.00_     (stating the amount or, if you find that the damages do not have a monetary value, write in the nominal amount of one dollar [$1.00])

**Punitive damages**

$ _350,000.00_

**(Cont'd)**

2

**B.**     **Lynn Uralli** - If you answered "Yes" as to any question in Section I as to this Defendant, what amount of damages, if any, do you award in favor of Ms. Hooks:

**Lost wages and benefits through the date of this verdict:**

$ _____20.00_____ (stating the amount or, if none, write "none")

**Other damages (including mental and emotional pain and suffering, inconvenience, anxiety, mental anguish, humiliation, and/or loss of enjoyment of life):**

$ _____750,000.00_____ (stating the amount or, if you find that the damages do not have a monetary value, write in the nominal amount of one dollar [$1.00])

**Punitive damages**

$ _____1,000,000.00_____

## PLEASE HAVE THE JURY PERSON SIGN AND DATE THIS FORM

s/Jury Foreperson
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

_____6/25/26_____
Date

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIA VICTORIA BAUGH,
née Ferrer,

     Plaintiff,

              Case No. 22-cv-11427
v.              Honorable Linda V. Parker

DETROIT CLUB MANAGEMENT
CORP., d/b/a The Detroit Club,
SUZETTE DAYE, and
LYNN URALLI, née Kassotis,
            /

## **VERDICT FORM AS TO PLAINTIFF MARIA VICTORIA BAUGH NÉE FERRER (REFERRED TO AS FERRER)**

We, the jury, unanimously answer the questions submitted as follows:

I.  **LIABILITY**

  A.  **Discrimination Based on Race**

    1.  Do you find, by a preponderance of the evidence that race was a motive or reason for the below listed Defendant to terminate Ms. Ferrer?

    a)  The Detroit Club  ☒ Yes    ☐ No

    b)  Lynn Uralli    ☒ Yes    ☐ No

    c)  Suzette Daye  ☒ Yes    ☐ No

**(Cont'd)**

**B.** **Retaliation**

1. Do you find by a preponderance of the evidence that the Defendant listed below retaliated against Ms. Ferrer for engaging in protected activity in violation of Title VII or § 1981?

   a) The Detroit Club    ☒ Yes      ☐ No

   b) Lynn Uralli    ☒ Yes      ☐ No

   c) Suzette Daye   ☒ Yes      ☐ No

2. Do you find by a preponderance of the evidence that the Defendant listed below retaliated against Ms. Ferrer for engaging in protected activity in violation of Michigan's Elliott-Larsen Civil Rights Act?

   a) The Detroit Club    ☒ Yes      ☐ No

   b) Lynn Uralli   ☒ Yes      ☐ No

<u>IF YOU ANSWERED YES TO ANY OF THE QUESTIONS ABOVE, PROCEED TO SECTION II (DAMAGES). IF YOU ANSWERED NO TO ALL QUESTIONS, PLEASE HAVE THE JURY FOREPERSON SIGN AND DATE THE JURY FORM</u>

**II.** **DAMAGES**

    **A.** **The Detroit Club** - If you answered "Yes" as to any question in Section I as to this Defendant, what amount of damages, if any, do you award in favor of Ms. Ferrer:

**Lost wages and benefits through the date of this verdict:**

$ _3,000.⁰⁰_ (stating the amount or, if none, write "none")

**Other damages (including mental and emotional pain and suffering, inconvenience, anxiety, mental anguish, humiliation, and/or loss of enjoyment of life):**

$ _250,000.⁰⁰_ (stating the amount or, if you find that the damages do not have a monetary value, write in the nominal amount of one dollar [$1.00])

**Punitive damages:**

$ _500,000.⁰⁰_

**(Cont'd)**

**B.**     **Lynn Uralli-** If you answered "Yes" as to any question in Section I as to this Defendant, what amount of damages, if any, do you award in favor of Ms. Ferrer:

**Lost wages and benefits through the date of this verdict:**

$__none__ (stating the amount or, if none, write "none")

**Other damages (including mental and emotional pain and suffering, inconvenience, anxiety, mental anguish, humiliation, and/or loss of enjoyment of life):**

$_500,000.00_ (stating the amount or, if you find that the damages do not have a monetary value, write in the nominal amount of one dollar [$1.00])

**Punitive damages:**

$_1,000,000.00_

**C.**     **Suzette Daye-** If you answered "Yes" as to any question in Section I as to this Defendant, what amount of damages, if any, do you award in favor of Ms. Ferrer:

**Lost wages and benefits through the date of this verdict:**

$__none__ (stating the amount or, if none, write "none")

**Other damages (including mental and emotional pain and suffering, inconvenience, anxiety, mental anguish, humiliation, and/or loss of enjoyment of life):**

$_2,500.00_ (stating the amount or, if you find that the damages do not have a monetary value, write in the nominal amount of one dollar [$1.00])

**Punitive damages**

$_5,000.00_

## PLEASE HAVE THE JURY PERSON SIGN AND DATE THIS FORM

s/Jury Foreperson
In compliance with the Privacy Policy adopted by
the Judicial Conference, the verdict form with
the original signature has been filed under seal.

_6/25/26_
Date